UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| A D B COMMERCIAL CONSTRUCTION (LOUISIANA) L L C | CASE NO. 2:22-CV-01083 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| ST CHARLES HOUSING L P | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, the court hereby **ORDERS, ADJUDGES,** and **DECREES** that judgment be entered in favor of ADB Commercial Construction (Louisiana) LLC in the principal amount of **$669,878.96** plus costs and reasonable attorney fees under Louisiana's open account statute, La. R.S. 9:2781, and judicial interest in accordance with the law.

**IT IS FURTHER ORDERED** that plaintiff file a motion on the appropriate amount of attorney fees and costs owed within two weeks of this judgment.

**THUS DONE AND SIGNED** in Chambers on the 19th day of October, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE